RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ALICIA R. INTRIAGO
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Alicia_Intriago@fd.org

Attorney for Elmo Ernesto Gonzales, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00580-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE JOINT STATUS REPORT** |
| v. | (First Request) |
| ELMO ERNESTO GONZALES, JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Executive Assistant United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Alicia Intriago, Assistant Federal Public Defender, counsel for Elmo Ernesto Gonzales, Jr., that the status report currently due on October 30, 2025, be vacated and continued to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Gonzales needs additional time to come into compliance with the conditions in the plea agreement.

2. The defendant is out of custody and agrees with the need for continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the status conference.

DATED this 27th day of October, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Executive Assistant United States Attorney |
| By /s/ *Alicia Intriago*<br>ALICIA INTRIAGO<br>Assistant Federal Public Defender | By /s/ *Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELMO ERNESTO GONZALES, JR.,<br><br>    Defendant. | Case No. 2:24-mj-00580-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the joint status report currently due October 30, 2025, be vacated and continued to November 28, 2025.

    DATED this 29th day of October, 2025.

_____
UNITED STATES MAGISTRATE JUDGE