UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELMO ERNESTO GONZALES, JR.,<br><br>    Defendant. | Case No. 2:24-mj-00580-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Continue Joint Status Report (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that the joint status report currently due November 28, 2025, be vacated and continued to December 31, 2025.

DATED this 25th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3