**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00580-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ELMO ERNESTO GONZALES, JR., | |
| Defendant. | |

The Court finds that Mr. Gonzales has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that Mr. Gonzales is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

IT IS FURTHER ORDERED this case is closed.

DATED this 4th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3